UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**DOUGLAS SCHROEDER,**
individually and on behalf
of all others similarly situated,

    **Plaintiff,**

v.                                                                  Case No.: 2:23-cv-00085-KNS

**AIRGAS USA, LLC,**

    **Defendant.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Douglas Schroeder, and Defendant, Airgas USA, LLC, hereby file this Joint Stipulation of Dismissal with Prejudice, with each party to bear its own attorney's fees, costs and disbursements.

Respectfully submitted this 20th day of November, 2023.

| DOUGLAS SCHROEDER, | AIRGAS USA, LLC, |
|---|---|
| By: /s/ Brandon J. Hill<br>Luis A. Cabassa<br>Brandon J. Hill<br>WENZEL FENTON CABASSA, PA<br>1110 N Florida Ave Ste 300<br>Tampa, FL 33602-3343<br>813/224-0431<br>bhill@wfclaw.com<br>lcabassa@wfclaw.com<br><br>Eric Lechtzin (Pa. Bar 62096)<br>EDELSON LECHTZIN LLP<br>411 S. State Street, Suite N-300<br>Newtown, PA 18940<br>267-408-8445<br>Fax: 267-685-0676<br>elechtzin@edelson-law.com<br><br>Counsel for Plaintiffs | By: /s/ Jacob Oslick<br>Jacob Oslick (Pa. Bar No. 311028)<br>SEYFARTH SHAW LLP<br>620 8th Avenue<br>New York, NY 10018<br>Telephone: (212) 218-6480<br>joslick@seyfarth.com<br><br>Ronald J. Kramer<br>SEYFARTH SHAW LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606-6448<br>Telephone: (312) 460-5560<br>rkramer@seyfarth.com<br><br>Alex S. Drummond<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E., Suite 2500<br>Atlanta, Georgia 30309-3962 |

Telephone: (404) 885-1500
adrummond@seyfarth.com

Lead Counsel for Defendants

SO ORDERED:

_s/Kai N. Scott_  11/20/2023
_____
Hon. Kai N. Scott, U.S.D.J.